# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DARCHELE M FORNEY                         §        Case No.: 11-31172
                                                   §
                                                   §
         Debtor(s)                                 §
------------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 07/29/2011.

   2)   This case was confirmed on 09/19/2011.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/19/2011.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 11/21/2011.

   5)   The case was converted on 05/03/2012.

   6)   Number of months from filing to the last payment: 7

   7)   Number of months case was pending: 11

   8)   Total value of assets abandoned by court order: NA

   9)   Total value of assets exempted: $     9,642.00

   10)  Amount of unsecured claims discharged without payment $     .00

   11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 6,062.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 6,062.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 300.84 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,800.84 |
| Attorney fees paid and disclosed by debtor | $ 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 561.79 | 561.79 | 22.63 | .00 |
| SANTANDER CONSUMER U | SECURED | 14,569.00 | 14,707.00 | 14,569.00 | 1,476.87 | 361.80 |
| ADT SECURITY SYSTEMS | UNSECURED | 870.98 | NA | NA | .00 | .00 |
| ADT SECURITY | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCARE SINATRA & P | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| ALFREDO RAMOS | UNSECURED | 792.28 | NA | NA | .00 | .00 |
| ASSOCIATED RADIOLOGI | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| ASSOCIATED RADIOLOGI | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 67.71 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AZUBUIKE EZEIFE MD | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| BEAUMONT HOSPITALS | UNSECURED | 889.50 | NA | NA | .00 | .00 |
| BEAUMONT HOSPITALS | OTHER | .00 | NA | NA | .00 | .00 |
| BEAUMONT HOSPITALS | UNSECURED | 870.50 | NA | NA | .00 | .00 |
| BEAUMONT HOSPITALS | OTHER | .00 | NA | NA | .00 | .00 |
| BEAUMONT HOSPITALS | UNSECURED | 913.30 | NA | NA | .00 | .00 |
| BEAUMONT ROYAL OAK P | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| BEAUMONT ROYAL OAK P | OTHER | .00 | NA | NA | .00 | .00 |
| BUREAU OF ACCOUNTS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CABLEVISION | UNSECURED | 176.93 | 214.32 | 214.32 | .00 | .00 |
| NEW JERSEY AMERICA W | UNSECURED | NA | 162.41 | 162.41 | .00 | .00 |
| CARDIOVASCULAR ASSOC | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| CASH YES | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CASHYES.COM | OTHER | .00 | NA | NA | .00 | .00 |
| CASH YES CARD | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 449.00 | NA | NA | .00 | .00 |
| CENTRAL FINANCIAL CO | UNSECURED | 48.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 11,699.00 | 10,286.00 | 10,286.00 | 414.34 | .00 |
| CHETAN S SHAN MD | UNSECURED | 15.21 | NA | NA | .00 | .00 |
| CHICAGO CORNEA CONSU | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| CHICAGO LAKESHORE ME | UNSECURED | 28.10 | NA | NA | .00 | .00 |
| CHILDRENS HOSPITAL O | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| COMFORT DENTAL GROUP | UNSECURED | 1,830.71 | 1,995.96 | 1,995.96 | 80.40 | .00 |
| COMFORT DENTAL GROUP | OTHER | .00 | NA | NA | .00 | .00 |
| CVS | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| CVS | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| DELWARE VALLEY PEDIA | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| DETROIT RECEIVING HO | UNSECURED | 1,206.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 148.00 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| DR STEVEN P PLOMARIT | UNSECURED | 625.00 | NA | NA | .00 | .00 |
| DSW SHOE WAREHOUSE | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| DYNAMIC RECOVERY SOL | UNSECURED | 59.62 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL AS | UNSECURED | 38.60 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 489.00 | NA | NA | .00 | .00 |
| ESURANCE | UNSECURED | 103.00 | NA | NA | .00 | .00 |
| EZEIFE AZUBUKE MD | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| FAMILY CARE | UNSECURED | 15.50 | NA | NA | .00 | .00 |
| FIRST NATIONAL CREDI | UNSECURED | 449.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 446.03 | 446.03 | 446.03 | 17.96 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 551.00 | 550.69 | 550.69 | 22.18 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 10,872.00 | 14,812.32 | 14,812.32 | 596.67 | .00 |
| FORD CREDIT US | OTHER | .00 | NA | NA | .00 | .00 |
| FRAN E COOK BOLDEN M | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| GEORGIA POWER CO | UNSECURED | 386.00 | NA | NA | .00 | .00 |
| HC PROCESSING CNT | UNSECURED | 1,121.67 | NA | NA | .00 | .00 |
| HIGH POINT | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| IHC HEALTH SOLUTIONS | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| JERSEY CENTRAL POWER | UNSECURED | 173.93 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| KAREN DIAS MARTIN MD | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| KAREN DIAS MARTIN MD | OTHER | .00 | NA | NA | .00 | .00 |
| LABORATORY CORP | UNSECURED | 68.33 | NA | NA | .00 | .00 |
| LABCORP | OTHER | .00 | NA | NA | .00 | .00 |
| LABCORP | OTHER | .00 | NA | NA | .00 | .00 |
| MEDEMERGE PA | UNSECURED | 320.86 | NA | NA | .00 | .00 |
| MEDICAL CENTER EMERG | UNSECURED | 248.00 | NA | NA | .00 | .00 |
| MEDICAL CENTER EMERG | OTHER | .00 | NA | NA | .00 | .00 |
| MERCHANT WAREHOUSE | UNSECURED | 33.95 | NA | NA | .00 | .00 |
| MICHIGAN ORTHOPAEDIC | UNSECURED | 184.81 | NA | NA | .00 | .00 |
| MICHIGAN SURGERY SPE | UNSECURED | 625.00 | NA | NA | .00 | .00 |
| MILLENNIUM PARK DERM | UNSECURED | 241.40 | NA | NA | .00 | .00 |
| MILLENNIUM PARK DERM | OTHER | .00 | NA | NA | .00 | .00 |
| MILLENNIUM PARK DERM | UNSECURED | 3.19 | NA | NA | .00 | .00 |
| MILLENNIUM PARK DERM | OTHER | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 773.00 | .00 | 748.00 | 17.33 | .00 |
| MORRISTOWN MEMORIAL | UNSECURED | 104.40 | NA | NA | .00 | .00 |
| MORRISTOWN MEMORIAL | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| MORRISTOWN MEMORIAL | OTHER | .00 | NA | NA | .00 | .00 |
| MORRISTOWN MEMORIAL | UNSECURED | 337.60 | NA | NA | .00 | .00 |
| MORRISTOWN MEMORIAL | OTHER | .00 | NA | NA | .00 | .00 |
| MR & MRS PAUL MURPHY | PRIORITY | 700.00 | 680.00 | .00 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 148.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 103.00 | NA | NA | .00 | .00 |
| NEW JERSEY AMERICA W | UNSECURED | 162.41 | NA | NA | .00 | .00 |
| NEW YORK WALK IN MED | UNSECURED | 115.50 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 21.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 118.66 | NA | NA | .00 | .00 |
| OAKLAND REGIONAL HOS | UNSECURED | 5,958.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 276.00 | 93.60 | 93.60 | .00 | .00 |
| PETSMART | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| PETSMART | OTHER | .00 | NA | NA | .00 | .00 |
| PETSMART | OTHER | .00 | NA | NA | .00 | .00 |
| ULTIMATE REHABILITAT | UNSECURED | 4,720.00 | 4,720.00 | 4,720.00 | 190.13 | .00 |
| PHYSICIANS IMMEDIATE | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| PSE&G GO | UNSECURED | 624.86 | NA | NA | .00 | .00 |
| PSE&G GO | UNSECURED | 621.79 | NA | NA | .00 | .00 |
| PUBLIC SERVICE ELECT | UNSECURED | 624.86 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | UNSECURED | 805.47 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 30.19 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SINAI GRACE HOSPITAL | UNSECURED | 768.00 | NA | NA | .00 | .00 |
| SINAI GRACE HOSPITAL | UNSECURED | 625.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 489.00 | 489.46 | 489.46 | 19.72 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| SRB DENTAL | UNSECURED | 127.50 | NA | NA | .00 | .00 |
| STATE OF NEW JERSEY | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| TARZANA REGIONAL MED | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| TD BANK | UNSECURED | 655.07 | NA | NA | .00 | .00 |
| TD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CBE GROUP INC | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 38.60 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 657.62 | NA | NA | .00 | .00 |
| TRENTON WATER WORKS | UNSECURED | 270.11 | NA | NA | .00 | .00 |
| ULTIMATE SECURITY IN | UNSECURED | 171.85 | NA | NA | .00 | .00 |
| ULTIMATE SECURITY IN | UNSECURED | 199.66 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY OF MICHIG | UNSECURED | 8.80 | NA | NA | .00 | .00 |
| VERIZON | UNSECURED | 600.74 | NA | NA | .00 | .00 |
| VERIZON NEW JERSEY I | UNSECURED | 1,279.16 | NA | NA | .00 | .00 |
| VERIZON NEW JERSEY I | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,020.00 | 1,020.92 | 1,020.92 | 41.13 | .00 |
| WAYNE STATE UNIVERSI | UNSECURED | 207.27 | NA | NA | .00 | .00 |
| WAYNE STATE UNIVERSI | OTHER | .00 | NA | NA | .00 | .00 |
| WESTERN WAYNE FAMILY | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| CARLOS STREMI | OTHER | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | SECURED | NA | 748.00 | .00 | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | NA | .00 | 138.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 14,569.00 | 1,476.87 | 361.80 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,569.00 | 1,476.87 | 361.80 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 36,239.50 | 1,422.49 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,800.84 |
| Disbursements to Creditors | $ | 3,261.16 |
| **TOTAL DISBURSEMENTS:** | $ | 6,062.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   06/14/2012                    /s/ Tom Vaughn
                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**